

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 09 CR 330 - 1,2 |
| v. | ) | Judge: Harry D. Leinenweber |
| Jermaine Smith, et al | ) | |

**AMENDED ORDER**

On September 30, 2010, a judgement order (docket #56) was entered against defendant Jermaine Smith ordering restitution in the amount of $673,224.00. The order listed three victim payees, Harris Bank $601,298.00; Hinsdale Bank & Trust $50,684; and Marquette Bank $21,242.00.

On October 21, 2010, a judgement order (docket #61) was entered against defendant Jamar C. Jones ordering restitution in the amount of $13,598.00. This order indicated that the victim payee was Harris Bank and the restitution owed was joint and several with Jermaine Smith in the amount of $13,598.00.

After reviewing these orders, the Clerk of the Court is directed to record the restitution owed to the victim payees in the following manner:

1. As to defendants Jones and Smith: each is held joint and severally liable with each other for $13,598.00 payable to victim payee Harris Bank.

2. Defendant Jones has no further individual restitution owed over the original ordered restitution amount of $13,598.00.

3. As to defendant Smith: in addition to the joint and several amount ordered with defendant Jones that is listed in bullet point 1 of this order, defendant Smith is ordered individually liable for the remaining restitution amount originally ordered: a). $587,700 pay able to the victim payee – Harris Bank b). $50,684.00 payable to the victim payee- Hinsdale Bank & Trust c). $21,242.00 payable to the victim pay ee- Marquette Bank.

Date: 6/13/18                                                                 Judge Harry D. Leinenweber